UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD O'NEAL,

Plaintiff

v.

JEREMY BEAN, et al.,

Defendants

Case No. 2:25-cv-01653-GMN-BNW

**ORDER**

On March 30, 2026, Plaintiff filed a notice of change of address, indicating that he had been transferred to Stewart Conservation Camp ("SCC"). (ECF No. 6). However, according to the Nevada Department of Corrections inmate database, Plaintiff is no longer at SCC and is instead under residential confinement. Plaintiff has not submitted an updated address for his residential confinement. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

IT IS THEREFORE ORDERED that Plaintiff's has **until August 23, 2026**, to file his current address with the Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court his current address

DATED: July 24, 2026

UNITED STATES MAGISTRATE JUDGE